

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00092-CR

Gustavo Nicholas **FLORES-MANCHA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7678
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 15, 2015.

_____
Marialyn Barnard, Justice